IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

WYLYNN MILLER and
GILBERT MILLER,

        Plaintiffs,

v.                                                         Civil Action No. 2:20-cv-00211
                                                               Judge Goodwin

BOSTON SCIENTIFIC CORPORATION,

        Defendant.

## MEMORANDUM OPINION AND ORDER

On March 24, 2020, the plaintiffs directly filed a Short Form Complaint in this court despite Pretrial Order ("PTO") # 188 ordering that "plaintiffs may no longer direct file claims against Boston Scientific Corporation in the Boston Scientific Corporation MDL (as set forth in PTO #101) or in any other pelvic mesh MDL assigned to the court[.]" *See In re: Boston Scientific Corp. Pelvic Repair Sys. Prods. Liab. Litig.*, 2:12-md-2326 ("MDL 2326") filed on June 21, 2018 [ECF # 60111]. On June 20, 2018, the Judicial Panel on Multidistrict Litigation entered a Minute Order Suspending Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions. *Id* at ECF # 6108. Both orders effectively disallow the direct filing or transfer of any new actions in MDL 2326. If plaintiffs wish to proceed, they must file the action in the appropriate jurisdiction.

The court **ORDERS** that this civil action be **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the docket.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: March 25, 2020

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE